UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Y.W., on behalf of her child, S.W.,

                Plaintiffs,

    v.

NEW YORK CITY DEPARTMENT OF
EDUCATION and CARMEN FARIÑA, in her
official capacity as Chancellor of the New York
City Department of Education,

                Defendants.
---------------------------------------------------------------X

No. 1:15-CV-0417-RA

## NOTICE OF WITHDRAWAL OF COUNSEL

TO THE CLERK AND ALL PARTIES OF RECORD: Please withdraw the appearance of Dennis M. Cariello and Farah Lisa Whitley-Sebti, formerly of DLA Piper LLP (US) ("DLA Piper"), as counsel of record for Y.W., on behalf of her child, S.W. ("Plaintiffs") in the above-captioned case.

PLEASE TAKE NOTICE that Plaintiffs continue to be represented in this case by Nika Aldrich and Cherelle Glimp of DLA Piper.

Dated: New York, New York,
       March 16, 2015

Respectfully submitted,

Nika Aldrich
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020
*Attorneys for Plaintiff, Y.W., on behalf of her child, S.W.*

1

The withdrawal of counsel is hereby approved.

The Clerk of the Court is respectfully directed to remove Dennis M. Cariello as counsel in this matter and from the ECF electronic mailing list.

SO ORDERED:

_____
United States District Court Judge

Dated: New York, New York
       March 21, 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Y.W., on behalf of her child, S.W.,

                Plaintiffs,

        v.

NEW YORK CITY DEPARTMENT OF
EDUCATION and CARMEN FARIÑA, in her
official capacity as Chancellor of the New York
City Department of Education,

                Defendants.

-----------------------------------------------------------X

No. 1:15-CV-0417-RA

## DECLARATION IN SUPPORT OF NOTICE OF WITHDRAWAL OF COUNSEL

NIKA ALDRICH hereby declares as follows:

1. I am an attorney licensed to practice before the Courts of the State of New York. I am an associate with the law firm of DLA Piper LLP (US) ("DLA Piper"), attorneys for plaintiffs Y.W., on behalf of her child, S.W. ("Plaintiffs") in the above-captioned matter. I submit this declaration in support of Plaintiffs' withdrawal of appearance of Dennis M. Cariello and Farah Lisa Whitley-Sebti as counsel of record.

2. I am moving to withdraw Mr. Cariello and Ms. Whitley-Sebti as counsel of record for Plaintiffs because neither is still employed or otherwise affiliated with DLA Piper.

3. Plaintiffs consent to the withdrawal of Mr. Cariello and Ms. Whitley-Sebti as counsel record. The appearances by other DLA Piper attorneys are unaffected by this request.

I certify under penalty of perjury that the foregoing statements are true and correct.

Dated: New York, New York,
       March 12, 2015

Respectfully submitted,

_____
Nika Aldrich
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020
*Attorneys for Plaintiff, Y.W., on behalf of her child, S.W.*